# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TIFFANY WERK,<br><br>            Plaintiff,<br><br>vs.<br><br>SIDNEY HEALTH CENTER,<br><br>            Defendant. | CV 17-11-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is defendant Sidney Health Center's ("SHC") Unopposed Motion for Leave to File Exhibits under Seal. (Doc. 24.) SHC's motion fails to comply with D. Mont. L.R. 5.1. Accordingly,

SHC's motion is **DENIED** without prejudice. SHC may refile its motion, provided the newly filed motion complies in full with L.R. 5.1, including without limitation the required contents of a motion for leave to file under seal described in L.R. 5.1(d).

DATED this 14th day of March, 2018.

                                                                              _____
                                                                              TIMOTHY J. CAVAN
                                                                              United States Magistrate Judge