## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TIFFANY WERK,<br><br>     Plaintiff,<br><br>vs.<br><br>SIDNEY HEALTH CENTER,<br><br>     Defendant. | CV 17-11-BLG-SPW-TJC<br><br><br>**ORDER** |

Before the Court is defendant Sidney Health Center's ("SHC") Renewed Unopposed Motion for Leave to File Exhibits under Seal.  (Doc. 27.)  Although SHC's renewed motion cured one of the defects contained in its original Unopposed Motion for Leave to File Exhibits under Seal (Doc. 24), SHC's instant motion still fails to comply in full with D. Mont. L.R. 5.1.

Specifically, SCH's motion does not "either: (A) state why it is not feasible to file a redacted version of the document or item in the public record, or (B) be accompanied by a redacted version of the document or item filed in the public record."  L.R. 5.1(d)(3).  While the Court appreciates SHC lodging a sealed version of its exhibits for the Court's review, that action does not cure its failure to comply with L.R. 5.1(d).  Accordingly,

SHC's motion once again is **DENIED** without prejudice.  SHC may refile its motion, provided the newly filed motion complies in full with L.R. 5.1,

including without limitation all of the required contents of a motion for leave to file under seal described in L.R. 5.1(d).

DATED this 14th day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge