IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TIFFANY WERK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SIDNEY HEALTH CENTER,<br><br>　　　　　Defendant. | CV 17-11-BLG-SPW-TJC<br><br>**ORDER GRANTING<br>MOTION TO SEAL** |

Before the Court is defendant Sidney Health Center's ("SHC") Renewed Unopposed Motion for Leave to File Exhibits under Seal. (Doc. 30.) The Court finds that SHC's motion complies with D. Mont. L.R. 5.1, and said motion being unopposed,

IT IS ORDERED that SHC's motion is **GRANTED**. The Clerk of Court shall file under seal the lodged exhibits G and H (Doc. 31) to SHC's Motion for Summary Judgment (Doc. 21).

DATED this 16th day of March, 2018.

　　　　　　　　　　　　_____
　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　United States Magistrate Judge