IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TIFFANY WERK,<br><br>        Plaintiff,<br><br>vs.<br><br>SIDNEY HEALTH CENTER,<br><br>        Defendant. | CV 17-11-BLG-TJC<br><br>**ORDER** |

The Court having been notified of the settlement of this case (Doc. 41), and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are **VACATED** and all pending motions are **DENIED** as moot.

DATED this 14th day of June, 2018.

                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge