IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TIFFANY WERK,<br><br>        Plaintiff,<br><br>vs.<br><br>SIDNEY HEALTH CENTER,<br><br>        Defendant. | CV 17-11-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to parties' joint Stipulation for Dismissal (Doc. 43), and good cause appearing,

IT IS ORDERED that all claims between plaintiff Tiffany Werk and defendant Sidney Health Center are **DISMISSED with prejudice**. Each party shall bear its respective fees and costs.

The Clerk of Court shall close this case.

DATED this 16th day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge